UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

Robert Newfield,

           Plaintiff,

v.

Enhanced Recovery Company, LLC;
and DOES 1-10, inclusive,

           Defendants.

_____

Civil Action No.: 3:18-cv-00072-JAM

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Robert Newfield | Enhanced Recovery Company, LLC |
|---|---|
| __/s/ Sergei Lemberg_____ | _____ |
| Sergei Lemberg, Esq. (Juris No. 425027) | Michael P. Regan, Esq.<br>SMITH, GAMBRELL & RUSSELL LLP |

| | |
|---|---|
| **LEMBERG LAW, LLC** | **1301 Avenue of the Americas** |
| **43 Danbury Road, 3rd Floor** | **21st Floor** |
| **Wilton, CT  06897** | **New York, New York 10019** |
| **(203) 653-2250** | **(212) 907-9759** |
| **Attorney for Plaintiff** | **Attorney for Defendant** |

_____
**SO ORDERED**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By */s/ Sergei Lemberg*
                                              Sergei Lemberg